| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JERABEK PERSONAL PROPERTY ) | |
| Specifically Described As: ) | **JUDGMENT** |
| A 2008 Dodge Charger ) | |
| VIN: 2B3KA43G38H286411, and any ) | No. 7:12-CV-250-FL |
| and all attachments thereon; and any ) | |
| and all proceeds from the sale of said ) | |
| property, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ROBERT E. JERABEK, ) | |
| ) | |
| Claimant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the claimant's motion to dismiss and for return of property, claimant's motion to suppress, and plaintiff's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 10, 2014, for the reasons set forth more specifically therein, that plaintiff's motion for summary judgment is granted and claimant's motions to dismiss, for return of property and to suppress are denied.

**This Judgment Filed and Entered on March 10, 2014, and Copies To:**

Stephen A. West (via CM/ECF Notice of Electronic Filing)
Robert E. Jerabek (via U.S. Mail) 2626 Sapling Circle, Wilmington, NC 28411


March 10, 2014                    JULIE A. RICHARDS, CLERK
                                   /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk