UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JERABEK PERSONAL PROPERTY ) | |
| Specifically Described As: ) | **AMENDED JUDGMENT** |
| A 2008 Dodge Charger ) | |
| VIN: 2B3KA43G38H286411, and any ) | No. 7:12-CV-250-FL |
| and all attachments thereon; and any ) | |
| and all proceeds from the sale of said ) | |
| property, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ROBERT E. JERABEK, ) | |
| ) | |
| Claimant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the claimant's motion to dismiss and for return of property, claimant's motion to suppress, and plaintiff's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 10, 2014 and April 7, 2014, for the reasons set forth more specifically therein, that plaintiff's motion for summary judgment is granted and claimant's motions to dismiss, for return of property and to suppress are denied. The defendant vehicle is hereby forfeited to the United States and the United States Marshal is directed to dispose of the vehicle according to law.

**This Judgment Filed and Entered on April 7, 2014, and Copies To:**

Stephen A. West (via CM/ECF Notice of Electronic Filing)
Robert E. Jerabek (via U.S. Mail) 2626 Sapling Circle, Wilmington, NC 28411


April 7, 2014           JULIE A. RICHARDS, CLERK
                         /s/ Christa N. Baker
                        (By) Christa N. Baker, Deputy Clerk